No. 98–8878. PACK *v.* UNION STATION TERMINAL, 527 U.S. 1007. Petitions for rehearing denied.

OCTOBER 19, 1999

No. 99–6303 (99A249). JOSEPH *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Motion of William Broaddus et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

OCTOBER 20, 1999

No. 99–6652 (99A317). BOYD *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Surry County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

OCTOBER 26, 1999

No. 98–1916. SAN HUAN NEW MATERIALS HIGH TECH, INC., ET AL. *v.* INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1. ■

No. 99A321 (99–6675). SIMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied without prejudice in light of the Supreme Court of Florida's order, case No. 96,818, granting a temporary stay to and including 7:00 a.m. on Tuesday, November 2, 1999.

No. 99–6732 (99A335). IN RE ORTIZ. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR,

960

and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–6723 (99A330). BRYAN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted. Motion to consolidate with case Nos. 99–6668 and 99–6675 denied. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted.

OCTOBER 27, 1999

No. 99–6129 (99A287). CANTU *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 99–6757 (99A345). ORTIZ *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 99–6758 (99A346). ORTIZ *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

OCTOBER 28, 1999

No. 99–6615 (99A307). WILLIAMS *v.* TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition.